UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MELANIE E. BROWN

                Plaintiff,

    vs.

COWLITZ COUNTY, a Washington Municipal
Corporation, and the Honorable STEPHEN M.
WARNING, Judge of the Cowlitz County
Superior Court, and the COWLITZ COUNTY
SUPERIOR COURT,

                Defendants.

Case No. C09-5090 FDB

**ORDER GRANTING MOTION
FOR PERMISSION TO APPEAL
IN FORMA PAUPERIS**

This matter came before the Court on the motion of the Plaintiff Melanie E. Brown for an

order to proceed in forma pauperis under FRAP 24(a)(1). The Court has considered the motion

[Dkt # 34 & 37] and the attached affidavit in support thereof. Having considered the foregoing

materials and the applicable law, the Court hereby finds that Plaintiff has presented a sufficient

affidavit to proceed in forma pauperis.[1]

---

[1] The motion to permit withdraw of Plaintiff's counsel [Dkt. # 33] is Granted.

1    Therefore, it is ORDERED that the Appellant is hereby allowed to prosecute this action

2  in forma pauperis, and the Clerk of this Court is directed to file and issue papers and pleadings as

3  requested by Plaintiff without prepayment of any fees, costs, charges, or the necessity of giving

4  security therefor.

5

6        Dated this 22nd day of January, 2010.

7

8

9                                        FRANKLIN D. BURGESS
                                         UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24