# United States District Court

WESTERN DISTRICT OF WASHINGTON

MELANIE E. BROWN,

       PLAINTIFF,

           v.

COWLITZ COUNTY,
STEPHEN M. WARNING,
COWLITZ COUNTY SUPERIOR COURT,

           DEFENDANTS,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5090FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Honorable Stephen M. Warning's Motion for Summary Judgment [Dkt. # 14] is **GRANTED** and Plaintiff's claims against him are dismissed with prejudice. (Order Dated 9/29/2009).

2. Cowlitz County and Cowlitz County Superior Court's Motion for Summary Judgment [Dkt. # 22] is **GRANTED** and Plaintiff's claims are dismissed with prejudice. (Order Dated 12/09/2009).

  April 1, 2010                                                      BRUCE RIFKIN

                                                                         Clerk

                                                              /s/ Pat LeFrois

                                                                    Deputy Clerk